UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:10 CR 92-01 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | |
| | ) | **ORDER ACCEPTING PLEA** |
| PATRICIA LYNN DAVIS-BOARMAN, | ) | **AGREEMENT, JUDGMENT AND** |
| | ) | **REFERRAL TO U. S. PROBATION** |
| Defendant | ) | **OFFICE** |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge David s. Perelman, regarding the plea hearing of Patricia Lynn Davis-Boarman, which was referred to the Magistrate Judge with the consent of the parties.

On March 2, 2010, the government filed a one count Information, charging Defendant Patricia Lynn Davis-Boarman, with Bank Fraud in violation of Title 18 United States Code, Section 1344. Defendant Davis-Boarman was arraigned on April 13, 2010, and entered a plea of guilty to count 1before Magistrate Davis S. Perelman and a Report and Recommendation ("R&R") was issued concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it

was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Patricia Lynn Davis-Boarman is found to be competent to enter a plea and to understand her constitutional rights.  She is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Davis-Boarman is adjudged guilty to Count 1 of the Information, in violation of Title 18 United States Code, Section 1344.  This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be on June 10, 2010, at 11:00 a.m. in Courtroom 17-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

                                                                 */s/SOLOMON OLIVER, JR.*
                                                                 UNITED STATES DISTRICT JUDGE

May 6, 2010